# United States District Court

District of __MASSACHUSETTS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| NATIONAL MEDICAL CARE, INC. (NMC) | Case Number: 00-10017-01-EFH |
| | Jonathan Chiel, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s) ___1___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| Title 18, U.S.C. 371 | Conspiracy to defraud the United States relating to intradialytic parenteral nutrition therapy | 11-00-95 | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

February 2, 2000
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Edward F. Harrington, USDJ
Name & Title of Judicial Officer

February 2, 2000
Date

DOCKETED

16

DEFENDANT: NATIONAL MEDICAL CARE, INC. {NMC}
CASE NUMBER: CR 00-10017-01-EFH

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 400.00 | $ 49,345,698.00 * | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . $ _____

*NMC HOMECARE, INC. IS ORDERED PURSUANT TO 18 U.S.C. 3612{f} TO PAY INTEREST ON THAT PORTION OF THE FINE WHICH IS NOT PAID ON OR BEFORE THE FIFTEENTH DAY AFTER THE COURT ENTERS JUDGMENT IN THIS MATTER.

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

* The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

*FINE TO BE PAID AS FOLLOWS: A. The amount of $24,385,000.00 shall be paid within fifteen days of sentencing B. The amount of $12,480,349.00 shall be paid on/before 4-16-01; and C. The amount of $12,480,349.00 shall be paid on or before 7-16-01.

## RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| Totals: | $ _____ | $ _____ | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO.: 00-10017-EFH |
| | ) |
| NMC HOMECARE, INC. | ) |

## STATEMENT OF REASONS

HARRINGTON, D.J.

The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

$49,345,698.00   fine to be paid as follows:
(A) The amount of $24,385,000.00 shall be paid within fifteen (15) days of sentencing;
(B) The amount of $12,480,349.00 shall be paid on or before April 16, 2001; and
(C) The amount of $12,480,349.00 shall be paid on or before July 16, 2001.

$400   mandatory special assessment pursuant to 18 U.S.C. § 3013, which shall be paid to the Clerk of Court on or before the date of disposition.

NMC Homecare, Inc., is ordered, pursuant to 18 U.S.C. § 3612(f), to pay interest on that portion of the fine which is not paid on or before the fifteenth day after the Court enters judgment in this matter.

2-2-00
Date

Edward F. Harrington
EDWARD F. HARRINGTON
United States District Judge

[sentenc.frm]